**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

To: Mr. Christopher Williams

From: Judge Peter J. Messitte

Re: <u>Williams v. University of Maryland College Park et al.</u>
Civil No. PJM 22-0131

Date: December 29, 2022

********

Dear Mr. Williams:

This case, filed by Plaintiff Williams, ostensibly acting pro se, appears to be stuck at the service of process stage. Since Defendants appear willing to accept service electronically in line with Plaintiff's request to the Court, Plaintiff should effect that service post haste so the case may proceed without further delay. Defendants are entitled to file responsive motions once they are served.

Plaintiff is cautioned that he must cooperate in moving this case along. On review, there is much about Plaintiff's Complaint that suggests an attorney's hand. While it is possible, it seems unlikely to the Court that Plaintiff in fact drafted the Complaint on his own, without the assistance of an attorney. Local Rule 102 (a)(ii) of the Court provides that: "Upon inquiry, all parties appearing without counsel must disclose the identity of any individual who has prepared, or assisted in preparing, any documents filed in this Court." Plaintiff is hereby **DIRECTED** to promptly disclose to this Court in writing (copy to defense counsel) the name, office address, e-mail address and phone number of any such individual or individuals.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Sincerely,

/s/ Peter J. Messitte
United States District Judge

CC: Court File

1